UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                                                    CASE NO. 16-13092-BKC-LMI

PEDRO JORGE PEREZ,                                           In proceedings under Chapter 13
                                                                                MIAMI-DADE DIVISION
            Debtor.
_____/

**OBJECTION TO CLAIM NO. 5-1 OF WELLS FARGO BANK, N.A.**

**THIS OBJECTION SEEKS TO EITHER DISALLOW OR REDUCE THE AMOUNT OR CHANGE THE PRIORITY STATUS OF THE CLAIM FILED BY YOU OR ON YOUR BEHALF PLEASE READ THIS OBJECTION CAREFULLY TO IDENTIFY WHICH CLAIM IS OBJECTED TO AND WHAT DISPOSITION OF YOUR CLAIM IS RECOMMENDED. UPON THE FILING OF THIS OBJECTION AN EXPEDITED HEARING ON THIS OBJECTION WILL BE SCHEDULED FOR THE CONFIRMATION HEARING IN ACCORDANCE WITH LOCAL RULE 3007-1(B)(2).**

Pursuant to Bankruptcy Rule 3007, Local Rule 3007-1 and Local Rule 3007-1(B)(2), the Debtor, by and through undersigned counsel, objects to the claim filed in this case:

| **Claim No.** | **Name of Claimant** | **Amount of Claim** | **Basis for Objection and Recommended Disposition** |
|---|---|---|---|
| 5-1 | WELLS FARGO BANK, N.A. #8353 | $477.83 | Debtor disputes Claim No. 5-1 on the ground that the Debtor had pledged an account to Creditor. The monies securing the account are based on monies the Debtor had in the account. If there are no monies in the account, the Debtor could not use the card. In any event, the Creditor closed the account upon notice of the bankruptcy. The Debtor does not owe any monies to Creditor if anything Creditor may owe the Debtor $22.17. Accordingly, Claim No. 5 should be stricken and disallowed. |

The undersigned acknowledges that this objection and the notice of hearing for this objection will be served on the Claimant and the Debtor at least fourteen (14) days prior to the Confirmation Hearing Date and that a Certificate of Service conforming to Local Rule 2002-1(F) must be filed with the Court when the objection and notice of

hearing are served.

Dated: 8/2/2016                                     By: */S/RAYSA I. RODRIGUEZ*
                                                         RAYSA I. RODRIGUEZ, ESQ.
                                                         Florida Bar #109381
                                                         Bigge & Rodriguez, P.A.
                                                         915 Middle River Dr., Suite 401
                                                         Fort Lauderdale, FL 33304
                                                         (954)400-7322
                                                         (954)400-5499 Facsimile
                                                         brpa@biggerodriguez.com

**Service List:**

Nancy K. Neidich, Trustee
(electronically)

Office of the U.S. Trustee
(Electronically)

Wells Fargo Card Services
1 Home Campus, 3rd FL
Des Moines, IA 50328

Wells Fargo Bank,
c/o John Stumph, CEO
420 Montgomery St.
San Francisco, CA 94104
**(Via Certified)**