

ORDERED in the Southern District of Florida on September 14, 2016.

Laurel M. Isicoff, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

PEDRO JORGE PEREZ,

        Debtor.      /

Case No. 16-13092-BKC-LMI
Chapter 13
MIAMI DADE DIVISION

### ORDER SUSTAINING DEBTOR'S OBJECTION TO CLAIM NO. 5-1 OF WELLS FARGO BANK, N.A.

THIS CAUSE came before the Court on for hearing on September 13, 2016, on the Debtor's Objection to Claim No. 5-1 of Wells Fargo Bank, N.A. (D.E. 72) and the Court having reviewed the Objection and having heard arguments of counsel and being otherwise duly advised in the premises, it is

ORDERED AND ADJUDGED that the Debtor's Objection to Claim No. 5-1 of Wells Fargo Bank, N.A. is SUSTAINED; and it is

ORDERED AND ADJUDGED that Claim No. 5-1 of Wells Fargo Bank, N.A. is stricken and disallowed.

###

Submitted By:
Raysa I. Rodriguez, Esq.
Florida Bar #109381
915 Middle River Dr., #401
Fort Lauderdale, FL 33304

(954)400-7322
email: brpa@biggerodriguez.com

(Attorney, Raysa I. Rodriguez is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.)

**Service:**

Pedro Perez
15482 SW 39 St
Miami, FL 33185

Nancy K. Neidich, Trustee
(electronically)

Office of the U.S. Trustee
(Electronically)

Wells Fargo Card Services
1 Home Campus, 3rd FL
Des Moines, IA 50328

Wells Fargo Bank,
c/o John Stumph, CEO
420 Montgomery St.
San Francisco, CA 94104
**(Via Certified)**